**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ADAM R. WHITE and
JAMES NEWELL WHITE, III,

    Plaintiffs,

v.                                                                      CASE NO: 8:14-cv-2975-T-26MAP

IDEAGEAR, LLC,
GRANT MASON HOLDINGS, INC.,
GRANT MASON LLC,
MIDWEST MAIL HOUSE, LLC,
MEDIA SOLUTIONS TEAM, LLC,
PRINT MAIL DESIGN, LLC,
NGUYEN INFORMATION CONSULTING, INC.
d/b/a NET-INTEGRATED CONSULTING, INC.,
RANDAL PIKE,
JESSICA PIKE,
GRANT MAYFIELD,
DARRYL MAYFIELD,
PAUL FREEMAN,
HUNG NGUYEN,
and CHRIS CRONE.
    Defendants.
_____/

**O R D E R**

    **UPON DUE CONSIDERATION** of the procedural history of this case, it is

**ORDERED AND ADJUDGED** as follows:

    1)  The Motion to Withdraw as Counsel (Dkt. 40 ) is **GRANTED**.  The Law

Office of Robert Eckard and Associates, P.A., and the attorneys associated with that firm

who have appeared as counsel of record for the Defendants named in the motion are

relieved of any further responsibility to represent those Defendants in this case with the exception of the fourth paragraph of this order.

2) As to the corporate Defendants, because under Local Rule 2.03(e), "[a] corporation may appear and be heard only through counsel admitted to practice in the Court pursuant to Local Rule 2.01 or 2.02[,]"[1] the corporate Defendants are directed to cause new counsel who is admitted to practice before this Court to enter a notice of appearance on or before August 21, 2015, failing which the corporate Defendants will be subject, upon proper pleading by the Plaintiffs, to a default final judgment.

3) As to the individual Defendants, they are directed to cause new counsel who is admitted to practice before this Court to enter a notice of appearance on or before August 21, 2015, failing which the individual Defendants will be subject, upon proper pleading by the Plaintiffs, to a default judgment.

4) The Law Firm of Robert Eckard and Associates, P.A., through Robert Eckard, is directed to provide a copy of this order to all Defendants whom it previously represented within three (3) business days and to file a certificate of service to that effect.

5) All future orders, pleadings, and notices, including a copy of this order, shall be delivered to the Defendants who are the subject of this order at the addresses listed in paragraph of the Motion to Withdraw.

---

[1] See also Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) (holding that a corporation or business organization is an artificial entity that cannot appear *pro se* but must be represented by counsel).

6) The Motions to Dismiss filed at dockets 31 and 32 are denied without prejudice to being refiled once the corporate Defendants who filed those motions retain new counsel to represent them.

**DONE AND ORDERED** at Tampa, Florida, on July 22, 2015.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record