UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAM R. WHITE and
JAMES NEWELL WHITE, III,

    Plaintiffs,

v.                                          CASE NO: 8:14-cv-2975-T-26MAP

IDEAGEAR, LLC, et al.,

    Defendants.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** that the Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. 47) is stricken. The Court does not agree with the Defendants' contention that it is "[i]n the interest of efficiency for all parties" to simply "adopt and incorporate by reference" arguments asserted in a prior motion to dismiss filed by Defendants' previous counsel. Defendants may refile another motion to dismiss within seven (7) days setting forth each argument in support of dismissal without simply adopting and incorporating by reference the previous arguments embodied in the prior motion.

**DONE AND ORDERED** at Tampa, Florida, on September 3, 2015.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record