UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAM R. WHITE and
JAMES NEWELL WHITE, III,

    Plaintiffs,

v.                                        CASE NO.  8:14-cv-2975-T-26MAP

IDEAGEAR, LLC, *et al.*,

    Defendants.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the well-pleaded allegations of the Plaintiffs' complaint, together with the parties' written submissions, it is **ORDERED AND ADJUDGED** that the Defendant Ideagear, LLC's Motion to Dismiss the Second Amended Complaint (Dkt. 49) is **denied**. The Court concludes that the issue of whether the Plaintiffs have standing as managers or members to seek a judicial dissolution of this Defendant pursuant to section 605.0702, Florida Statutes (2014), is best addressed within the context of a motion for summary judgment filed after the completion of full discovery. The Defendant shall file its answer and defenses to the Plaintiffs' second amended complaint within fourteen (14) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on October 13, 2015.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record