**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ADAM R WHITE and
JAMES NEWELL WHITE, III,

    Plaintiffs,

v.                                        CASE NO.  8:14-cv-2975-T-26MAP

GRANT MASON HOLDINGS, INC., *et al.*,

    Defendants.
_____/

**O R D E R**

    **UPON DUE AND CAREFUL CONSIDERATION** of the well-pleaded allegations of the Plaintiffs' complaint, which this Court must accept as true at this juncture of the proceedings, together with the parties' written submissions, it is **ORDERED AND ADJUDGED** that the Motion to Dismiss the Second Amended Complaint (Dkt. 50) is denied.  As the Eleventh Circuit Court of Appeals has observed, "[t]he fact that the defendants are accused collectively does not render the complaint deficient.  The complaint can be fairly read to aver that all defendants are responsible for the alleged conduct."  <u>Kyle K. v. Chapman</u>, 208 F.3d 940, 944 (11th Cir. 2000).  The Defendants filing this motion shall file their answer and defenses to the second amended complaint within fourteen (14) days of this order.

    **DONE AND ORDERED** at Tampa, Florida, on October 16, 2015.

                                                    s/*Richard A. Lazzara*
                                                    **RICHARD A. LAZZARA
                                                    UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record