# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ADAM R. WHITE and
JAMES NEWELL WHITE, III,

    Plaintiffs,

v.                                          CASE NO.  8:14-cv-2975-T-26MAP

IDEAGEAR, LLC, GRANT MASON HOLDINGS, INC.,
GRANT MASON LLC, MIDWEST MAIL HOUSE, LLC,
MEDIA SOLUTIONS TEAM LLC, PRINT MAIL
DESIGN, LLC, RANDALL PIKE, JESSICA PIKE,
GRANT MAYFIELD, DARRYL MAYFIELD,
PAUL FREEMAN, and HUNG NGUYEN,

    Defendants.
    _____/

## O R D E R

Defendants having failed to comply with this Court's ordered entered January 14, 2016, at docket 67, it is **ORDERED AND ADJUDGED** that the Motion to Intervene by CFS-4 I, LLC (Dkt. 66) is **granted.**  The Intervenor shall file its complaint in intervention within **seven (7) days**. The Defendants shall file their responses to the complaint within **fourteen (14) days** of service.

**DONE AND ORDERED** at Tampa, Florida, on January 19, 2016.

                                          s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:  Counsel of Record