# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ADAM R. WHITE and
JAMES NEWELL WHITE, III,

    Plaintiffs,

v.                                                        CASE NO. 8:14-cv-2975-T-26MAP

IDEAGEAR, LLC, GRANT MASON HOLDINGS, INC.,
GRANT MASON LLC, MIDWEST MAIL HOUSE, LLC,
MEDIA SOLUTIONS TEAM LLC, PRINT MAIL
DESIGN, LLC, RANDALL PIKE, JESSICA PIKE,
GRANT MAYFIELD, DARRYL MAYFIELD,
PAUL FREEMAN, and HUNG NGUYEN,

    Defendants.
_____/

## **O R D E R**

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that the Intervenor's Motion for Order to Show Cause (Dkt. 71) is **denied** for failure to comply with the conferral requirements of Local Rule 3.01(g). Counsel for the Intervenor and counsel for the Defendants shall confer *personally* within **seven (7) days** of this order in a good faith attempt to resolve the issues raised in the motion without Court intervention.

**DONE AND ORDERED** at Tampa, Florida, on March 2, 2016.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record