UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAM R. WHITE and
JAMES NEWELL WHITE, III,

    Plaintiffs,

v.                                      CASE NO.  8:14-cv-2975-T-26MAP

IDEAGEAR, LLC, *et al.*,

    Defendants.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Plaintiffs' submissions, it is **ORDERED AND ADJUDGED** as follows:

1) The Plaintiffs' Motion for Clerk's Entry of Default Against Corporate Defendants (Dkt. 101) is granted for failure of those corporate Defendants to comply with this Court's order entered on November 23, 2016, at docket 96.  The Clerk is directed to enter a clerk's default against each of the corporate Defendants which are the subject of the motion pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.  The issue of damages shall be determined at the trial of this case scheduled for the March 2017 trial month.

2) The Plaintiffs' Motion for Partial Summary Judgment (Dkt. 98) is **denied** as unnecessary in light of the Court's granting of a clerk's default against the two corporate Defendants which were the subject of the motion.

3) The counterclaim of Grant Mason, LLC, is stricken for failure of that corporate Defendant to comply with this Court's order entered on November 23, 2016, at docket 96.

4) Plaintiffs' counsel shall file with this Court **no later than January 16, 2017**, proof that she has the authority of the Bankruptcy Court presiding over the bankruptcy estate of Plaintiff Adam White to pursue this case on behalf of the bankruptcy estate.

**DONE AND ORDERED** at Tampa, Florida, on December 15, 2016.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record
*Pro se* parties