# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ADAM R. WHITE and
JAMES NEWELL WHITE III,

    Plaintiffs,

v.                                        CASE NO. 8:14-cv-2975-T-26MAP

GRANT MASON HOLDINGS, INC.;
GRANT MASON LLC; GRANT
MAYFIELD; DARRYL MAYFIELD;
and PAUL FREEMAN,

    Defendants.
_____/

# O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Plaintiffs' submissions, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion for Attorneys' Fees and Motion for Ten Day extension of Time to File Affidavit in Support (Dkt. 159) are **granted**. Plaintiffs' Motion for Attorneys' Fees is **granted** but only as to entitlement. The Court reserves ruling on the amount of fees to be awarded Plaintiffs until Plaintiffs' counsel files her supporting affidavit.

**DONE AND ORDERED** at Tampa, Florida, on April 26, 2017.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record